DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. KIMBLE

No. 37P01

Case below: 141 N.C. App. 144

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001.

STATE v. KRIDER

No. 279A00

Case below: 138 N.C. App. 37

Upon defendant's notice of appeal from the opinion of the North Carolina Court of Appeals, filed 16 May 2000, and defendant's motion for appropriate relief, the Court ex mero motu remands the case to the Court of Appeals for reconsideration in light of this court's opinion in *State v. Thomas Richard Jones* (No. 347A99, filed 21 December 2000). Motion by the Attorney General to dismiss appeal based upon a constitutional question denied 1 February 2001. Motion by the Attorney General to dismiss motion for appropriate relief denied 1 February 2001.

STATE v. LEE

No. 521P00

Case below: 140 N.C. App. 384

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 1 February 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.

STATE v. MARTIN

No. 513P00

Case below: 140 N.C. App. 387

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 1 February 2001.